**BY: JUSTIN A. BAYER**
**ATTORNEY I.D.  #93546**
**KANE, PUGH, KNOELL, TROY & KRAMER, LLP**
510 Swede Street
Norristown, PA  19401                                      ATTORNEY FOR DEFENDANT,
610) 275-2000                                                    *Quest Diagnostics, Inc.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM P. BENINCASA | : | |
| his wife, BARBARA BENINCASA | : | No. |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| QUEST DIAGNOSTICS INC. | : | |
| | : | |

### DEMAND FOR TRIAL BY A JURY OF TWELVE MEMBERS

TO THE CLERK OF COURTS:

**Defendant,** *Quest Diagnostics Inc.***,** by and through their attorneys, Kane, Pugh, Knoell, Troy & Kramer and Justin A. Bayer, Esq. hereby requests a trial by a jury of twelve (12) plus two alternates; trial to proceed as long as there are twelve (12) members available.

                                                            s/ Justin A. Bayer       Signature Code: JAB 8757
                                                            Justin A. Bayer, Esquire
                                                            I.D. No. 93546
                                                            KANE, PUGH, KNOELL, TROY & KRAMER LLP
                                                            510 Swede Street
                                                            Norristown, PA   19401-4886
                                                            (610) 275-2000
                                                            jbayer@kanepugh.com

Date:   3/13/14